IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HERMAN WILLIAMS, JR.,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0059-WS-C |
| **DR. ROBERT BARNES,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 2nd day of June, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE