IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HERMAN WILLIAMS, JR.,** : | |
|    **Plaintiff,** : | |
| **vs.** : | **CIVIL ACTION 07-0059-WS-C** |
| **DR. ROBERT BARNES,** *et al.*, : | |
|    **Defendants.** : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 2nd day of June, 2008.

s/WILLIAM H. STEELE<br>
UNITED STATES DISTRICT JUDGE